IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. : | |
| d/b/a IOU FINANCIAL, INC : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CASE NO. 1:20-cv-04307-LMM |
| : | |
| BRADLEY J. GALOPPE, SR.; et al : | |
| : | |
| Defendants. : | |

## ORDER GRANTING MOTION TO DISMISS [DOC 14]

Upon consideration of Plaintiff's Motion to Dismiss [Doc 14] being advised in the premises, the Court finds as follows:

The Motion is **GRANTED.** This matter is dismissed without prejudice. All motions are denied as moot. The parties will bear their costs and fees. The Clerk will close this case.

**IT IS SO ORDERED** this  8th   day of January, 2021.

_____
HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE